In the Federal court of claims -
Lawsuit - Rights violations , ABUSE , TREASON ,

Liptok John J
1803 West Norwegian Street Pottsville Pa 17901
Vs ;

City of Pottsville pa -
City council- 401 north centre street Pottsville pa 17901
Dorothy Botto    -   Council
Barry Dewitt -      Council
Taryn Dragna       Treasurer
Brett Clark         Controller
Dave Clews         Mayor
Mark Atkinson      Council
William Messaros   Council
Thomas J pellish   Solicitor

County Commissioners -
401 North 2nd street 3rd floor pottsville pa 17901
Gary J Hess
George F Halcovage jr
Barron L hetherington

Judges- 401 North 2nd st 3rd floor pottsville Pa 17901
Jacqueline Russell
Christina hale
Charles Miller
James Goodman
D Michael Stine
C Palmer Dolbin
Michael Opake  - District attorney

police chief-401 centre street pottsville pa 17901
John R Morrow
officer Isaac Souchak
ALL other officers

ALL Public defenders
420 North centre st #7 pottsville pa 17901

#1 billion Lawsuit

In Federal court

I am John Liptok and filing this lawsuit PRO SE and I am filing Indegent

I ask the court to allow the lawsuit and to go after the defendant for all costs and fees

John J Liptok           7/21/23

*[signature]*           _____

$1 billion LAWSUIT

In federal court -lawsuit Liptok VS pottsville city and schuylkill county et al
brief 1 -

There is enogh evidence on file to WIN this lawsuit , against every person and every agency and all persons listed ... filing PRO SE and moving forward as instructed by the DOJ and the USAG, along with the heads of many agencies.

These people violatedmy rights and others rights, they rigged charges and rigged a JURY TRIAL and that is way to far corrupt and organized crime and NEEDS to end .
As for me , a cop Isaac Souchak from the pottsville police pulled me over andheld me at gunpoint , threatened to kill me for catching KNOWN BOCO HARAM TERRORISTS TRAFFICKING KIDS on my security cameras and putting them public , the police and courts are supporting and protecting the illegals and terrorists .
Then the officer ILLEGALLY opened my car door , ILLEGALLY took my bag , ILLEGALLYSEARCHED THE BAG , ILLEGALLY TOOK AT GUNPOINT my medications a stun gun and a $5 gold piece worth $7000 . When asked for a reciept he laughed and said IM A COP AND CAN DO WHATEVER I WANT . Two weeks later he had the DA charge me with all kinds of crimes , drugs weapons .... and I fought it PRO SE because NO LAWYER HAD THE BALLS TO HELP ME .. Told me it was all illegal and a great lawsuit case but would not go against the crooked corrupt county . I got it to trial ... in the court house sitting waiting to pick a jury the DA comes out and says the judge wants that purple heart on your coat right now or you don't pick a jury . NO a civilian judge has got NO right over anything military NOTHING.
So we picked a jury ... when we got to the court house the dayof the trial Iwas talking to people outside about the case and it turns out it was jurors and NO ONE CARED ... in the court the judge said the DA and HER the judge HALE talked to the jury ...the video they had was the cop cam and the cop TAMPERED with the video , I asked for it to be thrownout for tampering with evidence and laughed at ...every time I objected I was told no shut up and strike it from the record , when Iwanted to do my defense Iwas shut down and everything stricken fromthe record ,when I went to present LAW and evidence yep shut down and stricken from the record, when I wanted witnesses they said NO IT DONT MATTER WHAT THEY SAY ITS ALL HEAR SAY ...how can it be hear say if they did not know what they would say ? The best was the jurors were all sitting there pissed off knowing I was getting railroaded , and when they went in to deliberate the JUDGE WENT IN WITH THEM and came out in less than 3 minutes with guilty because the judge said so...NOT the jury . The Judge went ahead and hung herself ,saying "I MUSTSIDE EVERY TIME WITH THE 1st RESPONDERS NO MATTER THE FACT OR TRUTH OR WHATS JUST " THAT isNOT JUSTICE ITS CRIMINAL ORGANIZED CRIME .
Force me into prison for 5 years for my own medications thatI had PRINTOUTS fromthedrs and pharmecy and hospital saying I've beenon them for over 20 years . But NOT allowed to say that or present the evidence . I appealed but no one is getting back to me ?
The public defender ..all they do for the last 90 years is criminal organized crime ,they take cases and CHARGE the people and that is against the law , they tell you WE GET PLEA DEALS THATS ALL ....they don't even fight for you..they laughed in my face when I told them what happened and threw myapplication in the garbage . During the trial the HEAD JUDGE J RUSSELL was so upset theywere screwingme that bad she ORDERED a public defender to sit in and help me , during a break in the hallway she yelled at him and he said LOOK IHAVE TO

$1 billion LAWSUIT

John J Liptok        7/21/23

brief 1 page 2   liptok vs pottsville pa city and schuylkill county et al

WORK HERE EVERY DAY WITH THAT JUDGE AND IM NOT GETTING MY OWN THROAT CUT ...   THEY KNEW IT WAS ILLEGAL AND DID NOTHING ...
The DA wanted me in prison right then and the judge said no ...
Two days later the cops hacking my computer threatened the VA and they had me 302 committed I knew nothing at the time .... I demanded to go to the VA and was sent there ,the next day we had a hearing because pottsville wanted me committed for at least the next 30days + and the judge heard the case and said "POTTSVILLE IS KNOWN FOR DOING THIS and THREW THE 302 IN THE GARBAGE " I agreed to stay 1 week to manage my diabetes meds ..when I got home there was a letter from the VA saying "the hippa and privacy act go out the window when a COP asks for a 302 ...they get your complete medical history " Pottsville pa police did this several times . THEY KNEW WHAT DRUGS I HAD AND THAT IS WHY THEY STOLE IT AT GUNPOINT...Morphine and tramadol ... They get $100 a pill for it . The NY mayor and police commissioner and head of IA internal affairs all said that cop was NOT a NYC UNDERCOVER DRUGS AND GANGS AS HE TESTIFIED TO UNDER OATH ... HE WAS A GANG BANGER and when they got busted the people here pulled strings to get him out and home to be a cop ...HE LIED UNDER OATH ...   The FBI said the same thing ... that was the deal ... he became a cop here to get out of the gang and lose the charges .but now the law and the gangs are all looking for him . As he is bragging about it and about murdering people and gang members and stealing money and drugs and raping gang members girlfriends ... I am not the only victim here of his acts of violence ... rights violations ...abuse...
Anyway , I am filing a $1 BILLION lawsuit against every one of these people and the city and county . For violations of my rights .threatening to kill me putting me in harms way , stealing my property , mental - I have PTSD from the incident ...They threatened to shoot my service dog which is a federal offense ?  They use terrorists and illegals and others to screw with me ,threaten me and my family , point weapons at us , screw with our vehicles, and its the cops telling them to do it .  They tell them to pile snow on and under my vehicle , they tell them to PARK IN OUR HANDICAP SPOT , and it just goes on and on .
I exposed corrupt cops lawyers judges politicians for 30 + years ,I ran for office -mayor senator congress governor and 5 times for President of the USA and Im still being screwed with .
EVIDENCE and witnesses will WIN this lawsuit no problem

$1 billion Lawsuit

*[signature]*

7/21/23

Liptok, J
1803 West Norwegian Street
Pottsville, PA. 17901

 

U.S. Courthouse
601 Market Street
Philadelphia, PA, 19106



